IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

UNITED STATES OF AMERICA
For the Use and Benefit of
IE&J CMD, INC.
7646 Fullerton Rd., Suite E
Springfield, VA 22153

    *Plaintiff,*

v.

FIDELITY & DEPOSIT COMPANY OF MARYLAND

  **Serve:**  Maryland Insurance Commissioner
200 St. Paul Place, Suite 2700
Baltimore, MD 21202

    *Defendant.*

Case No. _____

## COMPLAINT FOR RECOVERY UNDER THE MILLER ACT

United States of America for the use and benefit of IE&J CMD, Inc. states the following as its Complaint against Defendant Fidelity & Deposit Company of Maryland under The Miller Act:

### JURISDICTION

1.    Jurisdiction over this action is conferred by 40 U.S.C. §3131, *et. seq.*, commonly known as The Miller Act (the "Act").

### VENUE

2.    Venue in this district and division is proper in that the construction projects for which Plaintiff furnished the labor and materials giving rise to this suit is located within this district and division.

1

## PARTIES

3. Plaintiff IE&J CMD, Inc. ("IE&J") is a Virginia corporation with its principal offices located in Springfield, Virginia. IE&J is engaged in business as a contractor providing drywall, ceiling, and related work.

4. Defendant Fidelity & Deposit Company of Maryland ("Fidelity") is, upon information and belief, a corporation with offices located in Schaumburg, IL. Fidelity is in the business of, *inter alia*, issuing surety bonds on public projects.

## COUNT I
### (Recovery on Miller Act Bond – Building 301)

5. Paragraphs 1-4 are realleged as if set forth fully herein.

6. In July of 2010, The United States of America issued a contract to Milestone Construction Services, Inc. ("Milestone") for the performance of certain construction work on a project known as National Institute of Standards and Technology Building 301 ("Building 301 Project").

7. Pursuant to the terms of the Miller Act, Fidelity as surety and Milestone as principal, duly executed a standard government form payment bond to the United States of America, where they bound themselves jointly and severally for the payment of those furnishing labor or material to the Building 301 Project.

8. In furtherance of its work on the Building 301 Project, Milestone entered into a subcontract with IE&J whereby IE&J agreed to perform rough carpentry, drywall, and related work on the Building 301 Project.

9. IE&J fully and duly performed its work under the terms of its subcontract with Milestone, including all changes thereto. There is currently due and owing to IE&J the sum of $36,008.00 for its work on the Building 301 Project.

10. A period in excess of 90 days has elapsed since IE&J last furnished labor or material to the Building 301 Project.

11. Less than one year has elapsed since IE&J last furnished labor or material to the Building 301 Project.

12. Pursuant to the terms of the bond, there is currently due and owing from Milestone to IE&J the sum $36,008.00 for which the Defendant Fidelity is liable.

13. IE&J has fulfilled all conditions precedent to the maintenance of this action except to the extent that same may have been waived, prevented, or excused.

## COUNT II
### (Recovery on Miller Act Bond – Building 318)

14. Paragraphs 1-4 are realleged as if set forth fully herein.

15. In July of 2010, The United States of America issued a contract to Milestone Construction Services, Inc. ("Milestone") for the performance of certain construction work on a project known as National Institute of Standards and Technology Building 318 ("Building 318 Project").

16. Pursuant to the terms of the Miller Act, Fidelity as surety and Milestone as principal, duly executed a standard government form payment bond to the United States of America, where they bound themselves jointly and severally for the payment of those furnishing labor or material to the Building 318 Project.

17. In furtherance of its work on the Building 318 Project, Milestone entered into a subcontract with IE&J whereby IE&J agreed to perform rough carpentry, drywall, and related work on the Building 318 Project.

18. IE&J fully and duly performed its work under the terms of its subcontract with Milestone, including all changes thereto. There is currently due and owing to IE&J the sum of $32,755.02 for its work on the Building 318 Project.

19. A period in excess of 90 days has elapsed since IE&J last furnished labor or material to the Building 318 Project.

20. Less than one year has elapsed since IE&J last furnished labor or material to the Building 301 Project.

21. Pursuant to the terms of the bond, there is currently due and owing from Milestone to IE&J the sum $32,755.02 for which the Defendant Fidelity is liable.

22. IE&J has fulfilled all conditions precedent to the maintenance of this action except to the extent that same may have been waived, prevented, or excused.

WHEREFORE, the United States of America for the use and benefit of IE&J CMD, Inc. respectfully requests judgment against the Defendant, Fidelity & Deposit Company of Maryland in the principal amount of $68,763.02 ($36,008.00 pursuant to Count I and $32,755.00 pursuant to Count II) plus pre-and post-judgment interest at the legal rate, court costs, and for such other and further relief as the Court may deem just and appropriate.

IE&J CMD, INC.
By Counsel

_____
Stephen J. Annino, Esq. (Bar No. 04057)
REES BROOME, PC
1900 Gallows Road, Suite 700
Tysons Corner, VA 22182
Phone: (703) 790-1911
Fax No. (703) 288-9410
*Counsel for IE&J CMD, Inc.*

K:\90\90265\00017\PLDNGS\130111 Complaint.docx